# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EMMANUEL JAMES,

        Defendant.

Case No. 20-CR-89-2-JPS

**ORDER**

In August 2022, Defendant Emmanuel James ("Defendant") was sentenced to a term of sixty months of imprisonment for a charge of possessing with intent to distribute methamphetamine and heroin. ECF No. 160. Defendant is now serving a three-year term of supervised release. *Id.*

In April 2026, Defendant, acting pro se, filed a motion for early termination of his term of supervised release, citing his employment record, clean drug tests, and prosocial relationships with his children and partner. ECF No. 183.

The Court may terminate a term of supervised release in felony cases after one year "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making this assessment, the Court reconsiders each of the sentencing factors provided in 18 U.S.C. § 3553(a). *United States v. Lowe*, 632 F.3d 996, 998 (7th Cir. 2011).

The Court directed the U.S. Probation Office for the Eastern District of Wisconsin ("Probation") and the United States Attorney for the Eastern District of Wisconsin ("U.S. Attorney") to confer and respond to

Defendant's request. Apr. 10, 2026 text order. Probation supports Defendant's request and the U.S. Attorney does not oppose it. ECF No. 184.

After consideration of Defendant's argument and Probation and the U.S. Attorney's non-opposition to his request, the Court concludes that early termination is appropriate at this juncture. Defendant has complied with the requirements of his term of supervised release and has demonstrated rehabilitation and stability. Having weighed the sentencing factors enumerated in 18 U.S.C. 3553(a) together with the parties' arguments and the record in this case, the Court finds that early termination of Defendant's supervised release is warranted. *See* 18 U.S.C. §§ 3583(e)(1), 3553(a).

Consequently, the Court will grant Defendant's motion and—absent any violations of the applicable conditions in the meantime—will order that his term of supervised release terminate effective **July 1, 2026**.

Accordingly,

**IT IS ORDERED** that Defendant Emmanuel James's motion for early termination of supervised release, ECF No. 183, be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that Defendant's term of supervised release shall terminate effective **July 1, 2026**.

Dated at Milwaukee, Wisconsin, this 13th day of May, 2026.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge